**Order entered December 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00986-CR
### No. 05-14-00987-CR

**JONATHAN LEE WRIGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F07-34526-X, F07-34527-X**

## ORDER

This appeal is **REINSTATED**.

The trial court has filed findings and recommendations in accordance with our order entered on December 9, 2014. The trial court has recommended that appellant be given an extension to file his brief until January 14, 2015. We **ADOPT** the trial court's recommendation.

Appellant's brief shall be due on **January 14, 2015**.

/s/ LANA MYERS
JUSTICE